IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:25-CR-62-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RONNIE DOUGLAS BURR, JR. | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for early termination of supervised release (DE 2). Upon review of the motion, the responses of the government and probation office, the recent violation report[1] and the record in this case, defendant has not demonstrated good cause for early termination. Continuation of supervised release in good standing, with successful employment and community activities as described by defendant, is consistent with the court's expectations at sentencing. The court commends defendant for his record of achievement while on supervised release. Early termination is not warranted at this time, however, given the nature and circumstances of defendant's underlying convictions, his criminal history and his conduct on supervised release which includes multiple positive drug tests. Defendant also has not shown that supervision is hindering his commendable efforts at rehabilitation. Accordingly, defendant's motion is DENIED.

SO ORDERED, this the 30th day of July, 2026.

LOUISE W. FLANAGAN
United States District Judge

[1] United States Probation no longer supports the request in light of this recent conduct.